George J. Wall, OSB #93451
gwall@eastpdxlaw.com
1336 E. Burnside Street, Suite 130
Portland, Oregon 97214
Telephone: (503) 236-0068
Fax: (503) 236-0028

    Attorney for Plaintiff, Alexandra I. Benson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALEXANDRA I. BENSON | |
|     Plaintiff, | |
| vs. | CIVIL ACTION NO. 3:11-CV-00537-hz |
| MICHAEL ASTRUE, Commissioner COMMISSIONER OF SOCIAL SECURITY | STIPULATION AND ORDER AWARDING ATTORNEY FEES |
|     Defendant, | |

On June 19, 2012 the Court entered judgment remanding this case back to the Commissioner. The parties named above through their respective attorneys hereby agree that attorney fees in the amount of $5,422.11 as provided in the Equal Access to Justice Act (EAJA), 28 USC 2412(d), should be awarded to Plaintiff, Alexandra Benson.

Claimant acknowledges that per *Astrue v. Ratliff*, 560 U.S. _____ (2010), fees awarded per EAJA are the property of the claimant and may be seized by the Treasury Department to satisfy any delinquent Federal debt, and payment of EAJA fees awarded are subject to any Federal debt.

Dated: August 6, 2012

/s/ George J. Wall                       /s Nancy Mishalanie
George J. Wall, OSB #93451       Nancy Mishalanie
gwall@eastpdxlaw.com               Office of General Counsel
Telephone: (503) 236-0068          Nancy.Mishalanie@ssa.gov
Fax: (503) 236-0028                     Telephone:  (206)615-3619
Attorney for Plaintiff Alexandra Benson   Fax:  (206)615-2531

Page 2 – STIPULATION AND ORDER AWARDING  EAJA FEES

ORDER

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $5,054.51 shall be awarded to Plaintiff, Alexandra Benson, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.


Signed: /s/ Marco A. Hernandez    Dated 8/7/2012
       Judge, U.S. District Court
        District of Oregon


Order prepared by:

/s/ George J. Wall
George J. Wall, OSB #934515
Attorney for Plaintiff, Alexandra Benson
1336 E. Burnside St., Suite 130
Portland OR 97214

Dated:  August 6, 2012

                /s/ George Wall
        George J. Wall, OSB #93451
        gwall@eastpdxlaw.com
        Phone No.:  503-236-0068
        Fax No.:  503-236-0028
        Attorney for Plaintiff Alexandra Benson